### HAMMOCK v. THE STATE.

FISH, J. The accused being charged with a misdemeanor, and the evidence showing that the offense, if any, was committed " two years prior to finding the bill of indictment," the verdict of guilty was contrary to the evidence.
*Judgment reversed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 23, — Decided November 13, — Rehearing denied December 9, 1902.

Indictment for selling liquor. Before Judge Crisp. City court of Americus. September 11, 1902.

*J. R. Williams*, for plaintiff in error.
*F. A. Hooper, solicitor-general*, contra.